**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMANUEL JAMES RAMIREZ,<br><br>      Plaintiff,<br><br>    v.<br><br>DR. JOSEPH BLICK, et al.,<br><br>      Defendants. | Case No. 1:25-cv-1231 KES EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. 11) |

Emanuel James Ramirez is a state prisoner and seeks to hold the twelve defendants liable pursuant to 42 U.S.C. § 1983, asserting that he was denied adequate medical care for his Valley Fever. *See generally* Doc. 1. The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915A(a) and found Ramirez failed to state a cognizable claim upon which relief could be granted. Doc. 7 at 2-10. The magistrate judge informed Ramirez that he had two options: (1) file an amended complaint or (2) stand on the pleading, which would result in a recommendation that the matter be dismissed. *Id.* at 11. Although granted an extension of time to take any action—and warned that failure to comply may result in the recommendation of dismissal— Ramirez did not file any response to the screening order. *See* Doc. 9; Doc. 11 at 2.

On December 22, 2025, the magistrate judge issued findings and recommendations, reiterating the findings in the screening order that the complaint did not include any cognizable claims. Doc. 11 at 3-10. The magistrate judge recommended the matter be dismissed for failure

1

to state a claim. *Id.* at 12. The magistrate judge found terminating sanctions were also appropriate for Ramirez's failure to obey the screening order and failure to prosecute, upon consideration of the factors identified by the Ninth Circuit in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002). *Id.* at 11-12. The magistrate judge recommended dismissal with prejudice. *Id.* at 12.

The court served the findings and recommendations upon Ramirez and notified him that any objections were due within 30 days. Doc. 11 at 12. The court also informed Ramirez that failure to file objections within the specified time may result in the waiver of certain rights on appeal. *Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014). Ramirez did not file objections, and the deadline to do so expired.

Consistent with the provisions of 28 U.S.C. § 636(b)(1), the court conducted a de novo review of the case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the court **ORDERS**:

    1.    The findings and recommendations issued on December 22, 2025 (Doc. 11) are **ADOPTED**.

    2.    This action is **DISMISSED** with prejudice for failure to state a claim, failure to obey the court's order, and failure to prosecute.

    3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    February 13, 2026

                                      UNITED STATES DISTRICT JUDGE

2